IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

RICHARD R. ANDERSON,            )
      Plaintiff,              )
vs.                             )   No. 3:08-CV-1485-L
                                )   ECF
WAL-MART STORES INC.,           )
      Defendant.              )

## RECOMMENDATION REGARDING MOTION TO PROCEED
## IN FORMA PAUPERIS ON APPEAL

Plaintiff has filed a Notice of Appeal and a motion to proceed *in forma pauperis* on appeal in the above captioned case.

( )    The motion for leave to proceed *in forma pauperis* on appeal should be GRANTED. *See* 28 U.S.C. § 1915.

(X)    The motion for leave to proceed *in forma pauperis* on appeal should be DENIED for the following reasons:
    ( )    Plaintiff is not a pauper.
    ( )    The plaintiff has not complied with the requirements of 28 U.S.C. § 1915(a)(1).
    (X)    Pursuant to 28 U.S.C. § 1915(a)(3), the Court should certify that the appeal is not taken in good faith.

**If the Court denies the motion to proceed *in forma pauperis* on appeal, plaintiff may challenge such denial by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within thirty days after service of the notice required by Fed. R. App. P. 24(a)(4). *See* Fed. R. App. P. 24(a)(5).**

SIGNED this 8th day of September, 2008.

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE