IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

RICHARD R. ANDERSON,       )
    Plaintiff,                 )
vs.                        )    No. 3:08-CV-1485-L
                           )    ECF
WAL-MART STORES INC.,      )
    Defendant.                )

## ORDER OF THE COURT ON RECOMMENDATION
## REGARDING MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL

Considering the record in this case and the recommendation of the Magistrate Judge, the Court hereby finds and orders:

( )    The motion for leave to proceed *in forma pauperis* on appeal is GRANTED. *See* 28 U.S.C. § 1915.

(X)    The motion for leave to proceed *in forma pauperis* on appeal is DENIED for the following reasons:

    ( )    Plaintiff is not a pauper.

    (X)    Pursuant to 28 U.S.C. § 1915(a)(3), the court certifies that the appeal is not taken in good faith because plaintiff merely appeals a transfer order entered by the magistrate judge. The appellate court lacks jurisdiction to entertain an appeal of such transfer order. *See La. Ice Cream Distribs., Inc. v. Carvel Corp.*, 821 F.2d 1031, 1033-34 (5th Cir. 1987). Consequently, this Court finds that the appeal presents no legal points of arguable merit and is therefore frivolous.

**If the Court denies the motion to proceed *in forma pauperis* on appeal, plaintiff may challenge the denial by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within thirty days after service of the notice required by Fed. R. App. P. 24(a)(4). *See* Fed. R. App. P. 24(a)(5).**

DATE: September 22, 2008

                                            Sam A. Lindsay
                                      United States District Judge